1  Michael C. Cohen, Esq.
   LAW OFFICES OF MICHAEL C. COHEN
2  1814 Franklin Street, Suite 900
   Oakland, CA 94612
3  (510) 832-6436
   Attorney for Plaintiff
4  MARY HILL

5  Randolph S. Hicks, Esq.
   Alisha A. Beltramo, Esq.
6  CODDINGTON, HICKS & DANFORTH
   A Professional Corporation, Lawyers
7  555 Twin Dolphin Drive, Suite 300
   Redwood City, California 94065-2133
8
   Attorneys for Defendants
9  PROGRESSIVE CASUALTY INSURANCE CO.

10

11              IN THE UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
12                     OAKLAND DIVISION

13

14  Mary Hill,                    District Court Case
                                  No. CV 1-04644 PJH,
15            Plaintiff,
                                  STIPULATED DISMISSAL OF ACTION
16  vs.                           WITH PREJUDICE AND [~~PROPOSED~~]
                                  ORDER DISMISSING ENTIRE ACTION
17  PROGRESSIVE CASUALTY          WITH PREJUDICE
    INSURANCE COMPANY and DOES 1
18  to 20,

19
              Defendants.
20  _____/

21

22     WHEREAS the parties to this action have fully and finally

23  resolved all issues set forth in this case. IT IS HEREBY

24  STIPULATED by and between the parties to this action that the

25  above captioned action be and hereby is dismissed with prejudice

26  as to Defendants Progressive Casualty Insurance Company pursuant

27  to Fed. R.C.P. 41(a)(1). IT IS FURTHER STIPULATED by and between

28  Stip and Order for Dismissal         -1-

1  the parties that each party shall bear their own attorneys' fees
2  and costs of suit.

3

4

5  Dated: July 8, 2011
6  _____
   Michael C. Cohen,
7  Attorney for Plaintiff, Mary Hill

8

9  Dated July 11, 2011
10 _____
   Randolph S. Hicks, Esq.
11 Attorney for Progressive Casualty
   Insurance Company

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 Stip and Order for Dismissal          -2-

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| Mary Hill,<br><br>                    Plaintiff,<br><br>vs.<br><br>PROGRESSIVE CASUALTY<br>INSURANCE COMPANY and DOES 1<br>to 20,<br><br>                    Defendants.<br>_____/ | District Court Case<br>No. CV 1-04644 PJH,<br><br>STIPULATED DISMISSAL OF ACTION<br>WITH PREJUDICE AND [~~PROPOSED~~]<br>ORDER DISMISSING ENTIRE ACTION<br>WITH PREJUDICE |

**<u>ORDER</u>**

    In consideration of the stipulation of the parties and good
cause appearing, IT IS HEREBY ORDERED as follows: THE ABOVE
CAPTIONED ACTION IS HEREBY DISMISSES WITH PREJUDICE IN ITS
ENTIRETY

Dated: 7/12/11 _____

IT IS SO ORDERED
Judge Phyllis J. Hamilton

Stip and Order for Dismissal          -3-